UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY



UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO. 5:23-cr-00133

ANDREW FLESHMAN

### WRITTEN PLEA OF GUILTY

In the presence of Brandon L. Gray and/or Matthew A. Bradford, my counsel, who has fully explained the charges contained in the Information against me and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charges contained in Count One of the Information.

DATE: 11/2/23

_Andrew Fleshman_
DEFENDANT

WITNESS:

_[signature]_
COUNSEL FOR DEFENDANT