# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 5/8/2025 | Case Number: | 5:23-cr-00133 |
| Case Style: | USA vs. Andrew Fleshman | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Christine Siscaretti, Brian Parsons

Attorney(s) for the Defendant(s):

Matthew Bradford

| | |
|---|---|
| Law Clerk: | Logan Wagner |
| Probation Officer: | Patrick Fidler |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:08 AM | 10:15 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 7 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time: 1000
Actual Start Time: 1008

Defendant present in person and by counsel for sentencing as to a Single Count Information
Counsel noted appearances on the record.
Defendant placed under oath.
Court addresses PSR
Defense counsel asks for a moment to "go over" PSR with client
Court says this is the first time it has every had this happen - PSR is full of details that will greatly impact the defendant and the sentence he receives.
Court will take a recess to decide how to proceed

Court Recess 10:10
Back on the record 10:13

(Counsel for defendant/defendant not present)
Court asks that defendant and his counsel come back into the courtroom
Court says there is a record that defendant has not read the PSR - therefore Court cannot sentence the defendant under these circumstances
Unfortunately the sentencing will continued
Court recess at 10:15